# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ROBERT MARLYN TAYLOR, | Civil No. 17-1475 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA, | |
| Defendant. | |

_____

Robert Marlyn Taylor, # 206397, MCF - Rush City, 7600 525th Street, Rush City, MN 55069-2265, *pro se* plaintiff.

Edwin William Stockmeyer , III, Matthew Frank, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Trials and Appeals, Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 18, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 6, 2017                              ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                          Chief Judge
                                                   United States District Court